OX 5920-09 Cumberland County Sheriffs

I Rahim R. Caldwell come before the United States district court with a request that no further actions take place on all cases in which judge Bumb is the judge, pending motion to disqualify that is currently before chief judge Garrett E. Browne Jr. I thank the United States district court for assistance on this matter.

10-6-09

Rahim R. Caldwell



Rahim K Caldwell
P.O. Box 2134
Vineland NJ 08362-2134

UNITED STATES District Court
ATTN: Mary Barfatt
P.O. Box 2797
Camden NJ 08101